UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER L. HAWKINS,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN POTTER,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-2068-CC |

**J U D G M E N T**

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's Cross-Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 21st day of August, 2008.

                                            JAMES N. HATTEN
                                            CLERK OF COURT


                                      By:  s/Velma Shanks
                                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 21, 2008
James N. Hatten
Clerk of Court

By:s/Velma Shanks
       Deputy Clerk